# United States Federal Court
## Southern District of New York

**ORIGINAL**

Kevin Dolan
11 Middle Branch Lane
Brewster NY 10509
917 273 2241
KPD318@gmail.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

      Plaintiff

v.

Marsha Baker
Susan Marinelli
Andrew Esposito
Judge John McCabe
District of Columbia

      Defendants

**SCANNED**

RECEIVED
MAY 0 5 2021
U.S.D.C.
W.P.

# Complaint

1. Plaintiff is suing under **TITLE 18, U.S.C., SECTION 242**, a civil rights law passed by Congress that provides a remedy for persons who have been deprived of their federal constitutional and or statutory rights under color of state law.
2. Plaintiff was involved in a small claims action against Marsha Baker for about 1 year. This case went to trial in November of 2019.
3. Ms. Baker used plaintiff's demand letters and legal filings as the basis of a stalking compliant and was granted a Civil Protection Order in February of this 2019. The honorable Judge McCabe was in error in issuing the CPO as the actions and correspondence taken by the

plaintiff are specifically allowed under the DC statute. Plaintiff has an absolute right to engage in constitutionally protected behavior. Judge McCabe gave no reason, no legal argument, for sustaining the CPO. Judge McCabe's denial of the Motion to Vacate was appealed and denied, thus the DC Court of Appeals, rather than rectify an error denied the appeal on technical grounds and refused to review materials prepared by Dolan's counsel.

4. Andrew Esposito, a process server, was contracted by Marsha Baker to serve plaintiff with an order to appear, for the Civil Protection hearing. Mr. Esposito never served the plaintiff and has ignored a subpoena to produce phone and GPS records which would verify the claim of the plaintiff that he, Dolan, was never served.

5. Having not been served and consequently unaware of the hearing, Dolan did not appear, and a bench warrant was issued against the plaintiff for failure to appear. It must be noted that the affidavit of service had not been admitted into evidence at the time of Judge McCabe's issuance of the bench warrant. When the plaintiff appeared in small claims court Ms. Baker identified the plaintiff to a DC police officer, informing the officer of an existing warrant. The plaintiff was then taken into custody. The plaintiff was taken into custody inside of a District of Columbia Court House, which is the exclusive province of the U.S. Marshall's service.

6. Having been taken into custody at about 9:00 AM, the plaintiff was not taken to central booking until 10:45, 15 minutes after the cutoff for having his case before a judge that day. This ensured his spending a night incarcerated by the District of Columbia.

7. While in police custody plaintiff was never Mirandized nor allowed to make a phone call.

8. After sitting in his holding cell for an hour or two the plaintiff felt severe chest pain and asked to be taken to a hospital.

9. Nearly 3 hours passed between the time plaintiff asked for medical attention and when he was first before a medical care giver. Plaintiff believes this represents a casual indifference to his welfare, which amounts to physical abuse.

10. While it is true that the tests given at the hospital indicated that the plaintiff was not in cardiac arrest, his blood pressure upon entry was 210 over 120 and the possibility of his stroking was high.

11. Plaintiff was returned to the holding cell at approximately 10:00 PM.
12. The plaintiff was represented before the court by Sharon Weathers Esq. pro bono, wherein the bench warrant for his arrest was quashed.
13. Plaintiff was made to stay in the District of Columbia over the weekend to appear before the Honorable Judge McCabe on Monday March 11, 2019.
14. At that hearing plaintiff was informed by counsel that the government of the District of Columbia would not be pursuing criminal charges. Further, plaintiff was offered an apology from the District Attorney's office for plaintiff's incarceration through his attorney, Ms. Weathers.
15. Plaintiff drafted a Motion to Vacate, exhibit 1, which was denied by Judge McCabe with no explanation or reason offered. Upon telling plaintiff's tale of arrest and incarceration to the court, plaintiff received an apology from the bench for his treatment, the transcript of which is Exhibit 2.
16. The denial of plaintiff's Motion to Vacate was denied by the DC Court of Appeals. Exhibit 3.
17. Susan Marinelli's role in this charade was to stalk the plaintiff on Facebook and deliver her findings to Marsha Baker.

Case 1:21-cv-01348-ABJ   Document 1   Filed 05/05/21   Page 4 of 8

4                                                                       Dolan v Baker et al

## Prayer for Relief

18. The plaintiff is seeking a jury trial of 12 of his peers to hear the facts of this case and render a verdict.
19. The plaintiff is seeking verdict of $1,000,000 for the injury to his spotless reputation, which his arrest and incarceration has sullied and would also ask for punitive damages.
20. Further, plaintiff is seeking that the District of Columbia be compelled to find the original CPO null and void and that its existence be expunged, along with Plaintiff's arrest, returning his reputation to its unblemished state.
21. Additionally, Plaintiff expects to retain counsel in this matter and is seeking court costs and attorney's fees.

I Kevin Dolan, do swear and affirm the statements above are true to the best of my knowledge.

_____                               5/3/2021
Kevin Dolan                                                              Date


_Colleen M Foley_

Colleen M. Foley
Notary Public-Connecticut
My Commission Expires
October 31, 2022

# Information Sheet

# Dolan v Baker et al

Kevin Dolan
11 Middle Branch Lane
Brewster NY 10509
KPD318@gmail.com
917 273 2241
        Plaintiff

Marsha Baker
525 Water St apt 316
Washington DC
678 592 8787

Susan Marinelli
328 Beech St
Roslindale, MA 02131-4032

Andrew Esposito
50 Brewery St
New Haven CT
203 903 2807

Judge John McCabe
Superior Court of the District of Columbia
500 Indiana Ave NW
Washington DC 20001

District of Columbia
451 Indiana Ave NW
Washington DC 20001        Defendants

# Appendix

Pleading and Prayer for Relief

Exhibit 1, TPO Filing
Exhibit 2, Mark Rasch pro hace filing
Exhibit 3, Request to Vacate
Exhibit 4, Motion to Set Aside
Exhibit 5, Transcript 2/25/2019 Hearing
Exhibit 6, Transcript 3/11/2019 Hearing
Exhibit 7, Transcript 4/5/2019 Hearing
Exhibit 8, Memo & Opinion
Exhibit 9 Docket CPO
Exhibit 10 Order Epstein in Small Claims matter
Exhibit 11 Order Kimberley Knowles
Exhibit 12 Proof of Service

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Names: **Kevin Dolan**

Location of Plaintiff(s)/Petitioner(s) (city/state): **11 Middle Branch Lane, Brewster NY 10509**

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): **Pro se**

Firm Name: _____

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box: _____

Street Address: **11 Middle Branch Lane**

City-State-ZIP: **Brewster, NY 10509**

Telephone & Facsimile Numbers: **917 273 2241**

E-mail Address: **KPD318@gmail.com**

Is the attorney of record admitted to the Court of Federal Claims Bar?    ◯ Yes   ● No

Nature of Suit Code: **515**
Select only one (three digit) nature-of-suit code from the attached sheet.

Agency Identification Code: _____

Number of Claims Involved: **1**

Amount Claimed: $ **1,000,000**
Use estimate if specific amount is not pleaded.

Bid Protest Case (required for NOS 138 and 140):
Indicate approximate dollar amount of procurement at issue: $ _____

Is plaintiff a small business?    ◯ Yes   ● No

Was this action preceded by the filing of a protest before the GAO?    ◯ Yes   ● No    GAO Solicitation No. _____

If yes, was a decision on the merits rendered?    ◯ Yes   ◯ No

Income Tax (Partnership) Case:
Identify partnership or partnership group: _____

Takings Case:
Specify Location of Property (city/state): _____

Vaccine Case:
Date of Vaccination: _____

Related Case:
Is this case directly related to any pending or previously filed case(s) in the United States Court of Federal Claims? If yes, you are    ◯ Yes   ● No



# UNITED STATES POSTAL SERVICE® | PRIORITY® MAIL

- Expected delivery date specifi
- Most domestic shipments incl
- USPS Tracking® included for d
- Limited international insuranc
- When used internationally, a c

*Insurance does not cover certain items
Domestic Mail Manual at http://pe.usps
** See International Mail Manual at http

## FLAT RATE EN
ONE RATE ■ ANY WEIGHT

## TRACKED ■ INS

PS00001000014



UNITED STATES POSTAL SERVICE.

Retail

P | US POSTAGE PAID
$7.95
Origin: 06757
05/03/21
0836380757-6

PRIORITY MAIL 2-DAY®

0 Lb 6.90 Oz
1004

EXPECTED DELIVERY DAY: 05/06/21

SHIP TO:
300 QUARROPAS ST
White Plains NY 10601-4140

C004

USPS TRACKING® #

9505 5119 1901 1123 2375 04

EP14F May 2020
OD: 12 1/2 x 9 1/2

USPS.COM/PICKUP

---

FROM:

# PRIORITY ★ MAIL ★

UNITED STATES POSTAL SERVICE®
VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

FROM:

Kevin Dolan
11 Middle Branch Lane
Brewster, NY 10509

TO:

Clerk of the Court
U.S. District Court
Southern District of New Yor
300 Quarropas St,
White Plains, NY 10601

Label 228, March 2016

FOR DOMESTIC AND INTERNATIONAL USE